Dismissed and Memorandum Opinion filed May 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00359-CR

____________

 

DWIGHT CONRAD BENNETT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District Court


Harris County, Texas

Trial Court Cause No. 1261375

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to aggravated assault of a
family member.  In accordance with the terms of a plea bargain agreement with
the State, the trial court sentenced appellant on March 17, 2011, to
confinement for ten years in the Institutional Division of the Texas Department
of Criminal Justice.  Appellant filed a pro se notice of appeal.  We dismiss the
appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.

Do Not Publish — Tex. R. App. P. 47.2(b)